UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAMBRIDGE ISOTOPES )
LABORATORIES, INC., )
)  05  11630 NMG
Plaintiff, )
)  No. _____
v. )
)
MEDICAL ISOTOPES, INC. )
)
Defendant. )

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, Defendant Medical Isotopes, Inc. ("Medical Isotopes") removes to this Court the state court action described in paragraph 1 below.

**THE REMOVED CASE**

1.   The removed case is a civil action filed on July 1, 2005 in the Superior Court of the Commonwealth of Massachusetts, Essex County, having been assigned Civil Docket No. ESCV2005-01156-B, and styled *Cambridge Isotopes Laboratories, Inc. v. Medical Isotopes, Inc.*

**PAPERS FROM REMOVED ACTION**

2.   As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of all process, pleadings, and orders served upon Medical Isotopes in the removed case.

**THE REMOVAL IS TIMELY**

3.   Medical Isotopes was served with a copy of the Complaint in the removed case on July 5, 2005. This notice of removal is filed within 30 days of that service and, therefore, is timely under 28 U.S.C § 1446(b).

## THE VENUE REQUIREMENT IS MET

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

## DIVERSITY OF CITIZENSHIP EXISTS

6. This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

7. As admitted in the Complaint, the Plaintiff has its principal place of business in Andover, Massachusetts. *See* Complaint ¶ 1.

8. Defendant Medical Isotopes is a not citizen of Massachusetts. It is a New Hampshire corporation with its principal place of business in Pelham, New Hampshire. *See* Complaint ¶ 2.

10. Because the Plaintiff is a citizen of Massachusetts, and the Defendant is not, complete diversity of citizenship exists under 28 U.S.C. § 1332.

## THE AMOUNT-IN-CONTROVERSY REQUIREMENT IS SATISFIED

16. The monetary value of the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* Complaint ¶¶ 13-19 (asserting damages of at least $154,000).

18. Thus, the state court action may be removed to this Court by Medical Isotopes in accordance with the provisions of 28 U.S.C. § 1441(a) because (i) this action is a civil action pending within the jurisdiction of the United States District Court for the District of Massachusetts; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## FILING OF REMOVAL PAPERS

19. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, and a Notice of Filing of Notice of Removal is simultaneously being filed with the Superior Court of the Commonwealth of Massachusetts, County of Essex. A true and correct copy of this Notice is attached hereto as Exhibit B.

**WHEREFORE**, Medical Isotopes hereby removes the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, County of Essex, and requests that further proceedings be conducted in this Court as provided by law.

Dated: August 4, 2005.

Respectfully submitted,

MEDICAL ISOTOPES, INC.

By its attorney,

Andrew B. Loewenstein (BBO #648074)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of August, 2005, a true and correct copy of the foregoing was served on counsel of record by hand delivering a copy of same properly addressed, to:

>Claire S. Bishop, Esq.
>Foley & Lardner
>111 Huntington Avenue
>Boston, MA 02119

>Andrew B. Loewenstein

B3077748.1

FROM :Medical Isotopes Inc.		FAX NO. :603 635-1280		Jul. 13 2005 05:04PM P4

2

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.  			SUPERIOR COURT DEPARTMENT
			OF THE TRIAL COURT
			CIVIL ACTION NO.
			051156

```
_____
                            )
CAMBRIDGE ISOTOPES          )
LABORATORIES, INC.,         )
              Plaintiff,    )
                            )
      v.                    )
                            )
MEDICAL ISOTOPES, INC.,     )
              Defendant.    )
_____)
```

B

## COMPLAINT

This is an action seeking damages against Medical Isotopes, Inc. for breach of its contract for goods with Plaintiff Cambridge Isotopes Laboratories, Inc.

### Parties

1. Plaintiff Cambridge Isotopes Laboratories, Inc. ("CIL") is a Delaware corporation with a principal place of business in Andover, Massachusetts.

2. Defendant Medical Isotopes, Inc. ("Medical Isotopes") is, upon information and belief, a New Hampshire corporation with a principal place of business in Pelham, New Hampshire.

### Factual Background

3. CIL specializes in the development, production, and marketing of stable (non-radioactive) isotopes and chemical compounds labeled with stable isotopes.

4. Medical Isotopes specializes in the resale and marketing of stable (non-radioactive) isotopes and chemical compounds labeled with stable isotopes.

027.163633.3

5. On August 21, 2003, Medical Isotopes issued non-cancelable Purchase Order Number 1566 (the "Purchase Order") for 30 kg of 10% enriched $H_2O^{18}$ (the "Product") at $7,000/kg from CIL for a total purchase price of $210,000. A true and correct copy of the Purchase Order is attached hereto as Exhibit A.

6. The Purchase Order specified that 1 kg of Product was to be delivered at the time of the Purchase Order, 5 kg was to be delivered in September 2003, 9 kg was to be delivered in November 2003, and the remaining 15 kg was to be delivered in December 2003.

7. CIL agreed to sell the requested Product to Medical Isotopes in the amounts, at the times, and for the price set forth in the Purchase Order, and Medical Isotopes agreed to purchase the same.

8. CIL duly performed all of its obligations under said contract, and between August 25, 2003 and November 12, 2003, duly tendered the goods as ordered.

9. Between August 25, 2003 and November 5, 2003, CIL shipped, and Medical Isotopes paid for, 8 kg of Product.

10. On November 5, 2003, CIL informed Medical Isotopes that it was prepared to ship 7 kg of Product on November 12, 2003, for a total cost as per the Purchase Order of $49,000.

11. On or about November 12, 2003, Medical Isotopes refused acceptance of the shipment on 7 kg of Product and informed CIL that it would not perform its contractual obligations with Cambridge Isotopes, but would instead purchase the remainder of its needed $H_2O^{18}$ from Marshall Isotopes Ltd. for $6,500/kg.

12. Since November 2003, Medical Isotopes has refused acceptance of the remaining 22 kg of Product, despite its obligations to purchase the same.

FROM :Medical Isotopes Inc.          FAX NO. :603 635-1280          Jul. 13 2005 05:04PM P6

4

13. Accordingly, Medical Isotopes has paid only $56,000 of the contract price, refusing to pay the remaining $154,000.

### COUNT I
*(Breach of Contract under Uniform Commercial Code, M.G.L. c. 106)*

14. CIL repeats and realleges the allegations set forth in each of the foregoing paragraphs, as if set forth fully herein.

15. CIL and Medical Isotopes entered into a contract pursuant to which, *inter alia*, CIL agreed to tender for purchase 30 kg of Product and Medical Isotopes agreed to purchase the same for the price of $7,000/kg.

16. Medical Isotopes breached that contract by refusing to accept tender of 22 kg of Product and refusing to make payment for said Product.

17. CIL has performed all of its obligations.

18. Medical Isotopes' conduct alleged herein constitutes a breach of the parties' contract.

19. As a result of Medical Isotopes' breaches, CIL has suffered damages, including but not limited to lost profits and incidental damages, in an amount to be determined at trial.

WHEREFORE, CIL respectfully requests that this Court:

A. Enter judgment for CIL on Count I of the Complaint, and award damages to CIL in an amount to be determined at trial, together with interest and costs.

3

027.163633.3

5

B.  Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

CAMBRIDGE ISOTOPES LABORATORIES, INC.

By its attorneys,

*Claire S Bishop*
Lawrence M. Kraus, BBO No. 564561
Claire S. Bishop, BBO No. 660363
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: July 1, 2005

027.163633.3                                    4

FROM : Medical Isotopes Inc.      FAX NO. : 603 635-1280      Jul. 13 2005 05:03PM  P3

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT  -  MOTOR VEHICLE TORT  -
(CONTRACT) - EQUITABLE RELIEF  -  OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                                                        SUPERIOR COURT
                                                                                                                         CIVIL ACTION

Cambridge Isotopes Laboratories, Inc. ........................................, Plaintiff(s)

v.

Medical Isotopes, Inc. ..................................................................., Defendant(s)

## SUMMONS

To the above named Defendant:    Medical Isotopes, Inc.

You are hereby summoned and required to serve upon ___Lawrence M. Kraus, Esq.___,

plaintiff's attorney, whose address is ___Foley & Lardner LLP, 111 Huntington Ave.,___, an answer to the
                                                       Boston, MA 02199
complaint which is herewith served upon you, within 20 days after service of this summons upon you. exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

___34 Federal St., Salem, MA___ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may
have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's
claim or you will thereafter be barred from making such claim in any other action.

**Barbara J. Rouse**

WITNESS, ███████████████ Esquire, at Salem, the
first     day of July                 , in the year of our Lord two thousand and five.

                                                                                              _Thomas H. Driscoll Jr._
                                                                                                      Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FROM : Medical Isotopes Inc.          FAX NO. : 603 635-1280          Jul. 13 2005 05:05PM  P8

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Essex |
|---|---|---|
| PLAINTIFF(S) Cambridge Isotopes Laboratories, Inc. | | DEFENDANT(S) Medical Isotopes, Inc. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Lawrence M. Kraus, BBO 564561 (617)342-4000 Foley & Lardner LLP 111 Huntington Avenue, Boston, MA 02199 Board of Bar Overseers number: | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A-02 | Contract- Goods Sold and Delivered | F | ( ) Yes  (X) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................. $............
2. Total Doctor expenses ............................................................. $............
3. Total chiropractic expenses ...................................................... $............
4. Total physical therapy expenses ................................................ $............
5. Total other expenses (describe) ................................................. $............
   Subtotal $............
B. Documented lost wages and compensation to date ........................... $............
C. Documented property damages to date .......................................... $............
D. Reasonably anticipated future medical and hospital expenses .............. $............
E. Reasonably anticipated lost wages ................................................ $............
F. Other documented items of damages (describe)
   $............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   $............
   TOTAL $............

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Defendant issued a non-cancelable Purchase Order for product from the Plaintiff, in the total amount of $210,000.00. On or about November 12, 2003, the Defendant refused to accept part of the order, and has refused to pay the remainder of the order. TOTAL $ 50,000.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record   Claire S Bishop          DATE: 7/1/2005

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

FROM :Medical Isotopes Inc.        FAX NO. :603 635-1280        Jul. 13 2005 05:06PM P9

7

## CIVIL ACTION COVER SHEET
### INSTRUCTIONS

### SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| CONTRACT | | REAL PROPERTY | | MISCELLANEOUS | |
|---|---|---|---|---|---|
| A01 Services, labor and materials | (F) | C01 Land taking (eminent domain) | (F) | E02 Appeal from administrative Agency G.L. c. 30A | (X) |
| A02 Goods sold and delivered | (F) | C02 Zoning Appeal, G.L. c.40A | (F) | E03 Action against Commonwealth Municipality, G.L. c.258 | (A) |
| A08 Commercial Paper | (F) | C03 Dispute concerning title | (F) | E05 All Arbitration | (X) |
| A06 Sale or lease of real estate | (F) | C04 Foreclosure of mortgage | (X) | E07 c.112,s.12S (Mary Moe) | (X) |
| A12 Construction Dispute | (A) | C05 Condominium lien and charges | (X) | E08 Appointment of Receiver | (X) |
| A99 Other (Specify) | (F) | C99 Other (Specify) | (F) | E09 General contractor bond, G.L. c.149,s.29,29a | (A) |
| TORT | | EQUITABLE REMEDIES | | E11 Workman's Compensation | (X) |
| B03 Motor Vehicle negligence-personal injury/property damage | (F) | D01 Specific performance of contract | (A) | E14 Chapter 123A Petition-SDP | (X) |
| B04 Other negligence-personal injury/property damage | (F) | D02 Reach and Apply | (F) | E15 Abuse Petition, G.L.c.209A | (X) |
| B05 Products Liability | (A) | D06 Contribution or Indemnification | (F) | E16 Auto Surcharge Appeal | (X) |
| B06 Malpractice-medical | (A) | D07 Imposition of Trust | (A) | E17 Civil Rights Act, G.L.c.12,s.11H | (A) |
| B07 Malpractice-other(Specify) | (A) | D08 Minority Stockholder's Suit | (A) | E18 Foreign Discovery proceeding | (X) |
| B08 Wrongful death,G.L.c.229,s2A | (A) | D10 Accounting | (A) | E96 Prisoner Cases | (F) |
| B15 Defamation (Libel-Slander) | (A) | D12 Dissolution of Partnership | (F) | E97 Prisoner Habeas Corpus | (X) |
| B19 Asbestos | (A) | D13 Declaratory Judgment G.L.c.231A | (A) | E99 Other (Specify) | (X) |
| B20 Personal Injury-Slip&Fall | (F) | D99 Other (Specify) | (F) | | |
| B21 Environmental | (A) | | | | |
| B22 Employment Discrimination | (F) | | | | |
| B99 Other (Specify) | (F) | | | | |

TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | ☒ Yes  ☐ No |

### SUPERIOR COURT RULE 29

DUTY OF THE PLAINTIFF. The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

DUTY OF THE DEFENDANT. Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT, BUFF COLOR PAPER.

FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.

07/14/2005 16:18 IFAX → C. Bishop ☒001/001

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# ESCV2005-01156-B

RE:  Cambridge Isotopes Laboratories Inc v Medical Isotopes Inc

TO: Claire S Bishop, Esquire
   Foley & Lardner
   111 Huntington Avenue
   Boston, MA 02199

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 09/29/2005 |
| Response to the complaint filed (also see MRCP 12) | 11/28/2005 |
| All motions under MRCP 12, 19, and 20 filed | 11/28/2005 |
| All motions under MRCP 15 filed | 11/28/2005 |
| All discovery requests and depositions completed | 04/27/2006 |
| All motions under MRCP 56 served and heard | 05/27/2006 |
| Final pre-trial conference held and firm trial date set | 06/26/2006 |
| Case disposed | 08/25/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session B sitting in CtRm 1 (145 High St., Newburyport, MA) at **Essex Superior Court.**

Dated: 07/06/2005

Thomas H. Driscoll Jr.
Clerk of the Courts
BY: JoDee Doyle - Sheila Gaudette
Assistant Clerk

Location: CtRm 1 (145 High St., Newburyport, MA)
Telephone: (978) 462-4474

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 7/15/05
Claire S Bishop

cvdtracf_2.wpd 537326 inidocc1 carterar

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                          SUPERIOR COURT

| | |
|---|---|
| CAMBRIDGE ISOTOPES LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL ISOTOPES, INC. <br><br> Defendant. | Civil Action No. ESCV2005-1156-B |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that Defendant Medical Isotopes, Inc. removed the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Essex County, where it was originally filed, to the United States District Court for the District of Massachusetts.

Attached hereto as Exhibit A, and made a part hereof, is a copy of the Notice of Removal that was filed in the United States District Court and all exhibits thereto.

Dated: August 4, 2005.

Respectfully submitted,

MEDICAL ISOTOPES, INC.

By its attorney,

Andrew B. Loewenstein (BBO #648074)
FOLEY HOAG LLP
155 Seaport Boulevard

Boston, Massachusetts 02210-2600
Tel. (617) 832-1000
Fax (617) 832-7000

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of August, 2005, a true and correct copy of the foregoing was served on counsel of record by hand delivering a copy of same properly addressed, to:

>Claire S. Bishop, Esq.
>Foley & Lardner
>111 Huntington Avenue
>Boston, MA 02119

>Andrew B. Loewenstein

B3077765.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Cambridge Isotopes Laboratories, Inc. v. Medical Isotopes, Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   **None**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☒   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Andrew Loewenstein**
ADDRESS **Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210**
TELEPHONE NO. **617-832-3015**

(CategoryForm.wpd - 5/2/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Cambridge Isotopes Laboratories, Inc.

**(b)** County of Residence of First Listed Plaintiff: Essex Co. Massachusetts
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Claire S. Bishop, Foley + Lardner, 111 Huntington Ave., Boston, MA 02199 617-342-4000

**DEFENDANTS**
Medical Isotopes, Inc.

County of Residence of First Listed Defendant: Pelham, New Hampshire
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Andrew Loewenstein, Foley Hoag, 155 Seaport Blvd, MA 02210, 617-832-3015

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC § 1332(a)
Brief description of cause: Diversity case alleging breach of contract

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Over $154,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 8/4/05
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____