UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE ISOTOPES LABORATORIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> MEDICAL ISOTOPES, INC. <br><br> Defendant, and Counterclaim Plaintiff. | Civil Action No. 05-11630-NMG |

## ASSENTED-TO MOTION TO REMAND

Defendant Medical Isotopes, Inc. ("Medical Isotopes") hereby moves, with the assent of plaintiff Cambridge Isotopes Laboratories, Inc. ("CIL"), to remand the above-captioned action to state court. As reasons therefor, the Medical Isotopes states as follows:

1.  On July 1, 2005, CIL filed this action in the Superior Court of the Commonwealth of Massachusetts, Essex County.

2.  On August 4, 2005, Medical Isotopes removed this action to this Court, on the ground that there was complete diversity of citizenship and that the monetary value of the amount-in-controversy exceeded $75,000.

3.  On September 9, 2005, Cambridge Isotopes executed a Plaintiff's Stipulation Regarding Limitation of Damages (the "Stipulation"), a copy of which is attached hereto as Exhibit A. The Stipulation provides that:

> Plaintiff Cambridge Isotopes Laboratories, Inc. hereby stipulates that the damages that it seeks or may recover in this action will not exceed $75,000.

B3092796.2

4.	In light of the Stipulation that the amount-in-controversy does not exceed the $75,000 required for federal jurisdiction, Medical Isotopes and CIL have agreed that Medical Isotopes will remand this matter to state court. Medical Isotopes and CIL have further agreed that immediately upon remand, CIL will file the Stipulation with the state court.

WHEREFORE, Medical Isotopes respectfully requests that its Assented-to Motion to Remand be granted.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned counsel for defendant hereby certifies that he has conferred with counsel for plaintiff, and that counsel for plaintiff has assented to this motion.

Dated: September 14, 2005.

> Respectfully submitted,
>
> MEDICAL ISOTOPES, INC.
>
> By its attorneys,
>
> /s/ Andrew B. Loewenstein
> Kenneth S. Leonetti (BBO #629515)
> Andrew B. Loewenstein (BBO #648074)
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, Massachusetts 02210-2600
> Tel. (617) 832-1000
> Fax (617) 832-7000

**EXHIBIT A**

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                     SUPERIOR COURT DEPARTMENT
                                               OF THE TRIAL COURT
                                               CIVIL ACTION NO. 051156

CAMBRIDGE ISOTOPES                 )
LABORATORIES, INC.,                )
                Plaintiff,       )
                                   )
v.                                 )
                                   )
MEDICAL ISOTOPES, INC.,            )
                Defendant.       )

## PLAINTIFF'S STIPULATION REGARDING LIMITATION OF DAMAGES

Plaintiff Cambridge Isotopes Laboratories, Inc. hereby stipulates that the damages that it seeks or may recover in this action will not exceed $75,000.

Respectfully submitted,

CAMBRIDGE ISOTOPES LABORATORIES, INC.

By its attorneys,

*/s/ Claire S. Bishop*
Lawrence M. Kraus, BBO No. 564561
Claire S. Bishop, BBO No. 660363
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: September 9, 2005

027.171300.1