UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Cambridge Isotopes Laboratories, Inc.,**

    **Plaintiff**                                                                                                  CA05-11630-NMG

    v.

**Medical Isotopes, Inc.,**

        **Defendant**

## ORDER OF REMAND

In accordance with the allowance of the parties "Assented-To Motion To Remand", (docket no. 4, filed 9/14/05), this case is remanded to the Superior Court of the Commonwealth of Massachusetts, County of Essex.

                                                                              /s/ Nathaniel M. Gorton

                                                                              **Nathaniel M. Gorton**
                                                                              **United States District Judge**